UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

                                        **ORDER**
v.                                       Criminal No. 11-178 ADM/LIB

Aaron Dante Moreno,

        Defendant.

_____

Aaron Dante Moreno, pro se.

_____

      This matter is before the undersigned United States District Judge for a ruling on Defendant Aaron Dante Moreno's ("Moreno") pro se Motion for Extension of Time and Notice of Appeal, with Explanation [Docket No. 95] (the "Motion). In the Motion, Moreno seeks an extension of the time to appeal this Court's March 1, 2017 Memorandum Opinion and Order [Docket No. 89] (the "Order") denying Moreno's pro se Motion to Vacate under 28 U.S.C. § 2255 [Docket No. 84].

      "Under Federal Rule of Appellate Procedure 4(a), the district court may extend the thirty-day window for filing a notice of appeal if the moving party makes a showing of "excusable neglect or good cause." Flowers v. Roy, 603 F. App'x 510, 512 (8th Cir. 2015) (quoting Fed. R. App. P. 4(a)(5)(A)(ii)).

      Based on the foregoing, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Aaron Dante Moreno's pro se Motion for Extension of Time and Notice of Appeal is **GRANTED**.

                                                        BY THE COURT:

                                                        s/Ann D. Montgomery
                                                       ANN D. MONTGOMERY
                                                       U.S. DISTRICT JUDGE

Dated: November 14, 2017.